*Pro Se*

(Official Form 1)(12/03)

| FORM B1 | **United States Bankruptcy Court** | **Voluntary Petition** |
|---|---|---|
| | **Northern**   District of   **Illinois** | |

| Name of Debtor (if individual, enter Last, First, Middle): MICHAEL W. LYNCH | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No. **(if more than one, state all):** | Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No. **(if more than one, state all):** |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 35 RUE FORET LAKE FOREST, ILLINOIS 60045 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business:   LAKE | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| [X] Individual(s)    [ ] Railroad | [ ] Chapter 7   [X] Chapter 11   [ ] Chapter 13 |
| [ ] Corporation    [ ] Stockbroker | [ ] Chapter 9   [ ] Chapter 12 |
| [ ] Partnership    [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding |
| [ ] Other _____    [ ] Clearing Bank | |

**Nature of Debts** (Check one box)

[ ] Consumer/Non-Business    [ ] Business

**Filing Fee** (Check one box)

[X] Full Filing Fee attached

[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101

[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.

[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 [ ] | 16-49 [X] | 50-99 [ ] | 100-199 [ ] | 200-999 [ ] | 1000-over [ ] |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [ ] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [X] | $50,000,001 to $100 million [ ] |
|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000 [ ] | $50,001 to $100,000 [ ] | $100,001 to $500,000 [ ] | $500,001 to $1 million [ ] | $1,000,001 to $10 million [ ] | $10,000,001 to $50 million [X] | $50,000,001 to $100 million [ ] |
|---|---|---|---|---|---|---|---|

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/17/2005
Time: 10:36:51
Debtor: MICHAEL W LYNCH
Case: 05-32440     Fee : 839
Chapter: 11 Rec. # : 3136852
Judge: Pamela Hollis
```

1:05BK32440-BK001

(Official Form 1) (12/03)                                                                                    FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): MICHAEL W. LYNCH |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Michael W. Lynch_
    Signature of Debtor

X _____
    Signature of Joint Debtor
    (847) 735-9445
    Telephone Number (If not represented by attorney)
    AUGUST 19th, 2005
    Date

**Signature of Attorney**

X _____
    Signature of Attorney for Debtor(s)

    Printed Name of Attorney for Debtor(s)

    Firm Name

    Address

    Telephone Number

    Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

    Printed Name of Authorized Individual

    Title of Authorized Individual

    Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
    Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

    Printed Name of Bankruptcy Petition Preparer

    Social Security Number

    Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
    Signature of Bankruptcy Petition Preparer

    Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# United States Bankruptcy Court

| **Northern** | District Of | **Illinois** |
|---|---|---|

In re  Michael W. Lynch

Case No _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **REP MCR Realty, LLC** | Vincent Maloney<br>Perkins Cole<br>131 S. Dearborn Street<br>Suite 1700<br>Chicago,Illinois 60603-5559<br>312-324-9646<br>312-324-8646 | Judgement | Disputed/Setoff | **$31,842,827.12** |
| **LaSalle Business Credit** | David Oppenheimer<br>Senior Vice President<br>2 Commerce Square<br>2001 Market Street, Suite 2610<br>Philadelphia, Pa 19103<br>267-386-8814 | Bank Loan/ Great Lakes Processing | Disputed/Setoff | **$6,300,000.00** |
| **Joseph Baldi, Chapter 11 Trustee McCook Metals** | Robert Fishman<br>Shaw Gussis<br>312 N. Clark Street<br>Chicago, Illinois 60610<br>(312) 541-0151 | Judgement | Disputed | **$2,744,000.00** |
| **Mario & Mary D'Agostino** | Mike Braun<br>33 N. Dearborn, Suite 500<br>Chicago, Illinois 60602<br>312-580-0001 | Judgement | | **$1,805,651.00** |
| **Cummins & Cronin** | Robert Cummins<br>Suite 4800<br>77 West Wacker Drive<br>Chicago, Illinois 60603<br>9312) 578-0600 | Attorneys lien | Disputed/Setoff | **$700,000.00** |
| **Childress Duffy & Goldblatt** | Michael Duffy<br>Childress Duffy & Goldblatt<br>515 N. State Street, Suite 2200<br>Chicago, Illinois 60611<br>(3120494-0202 | Legal Fees | | **$498,000.00** |
| **Pension Benefit Guaranty Board** | Lawrence Landgraff<br>Office of chief counsel,PBGC<br>1200 K.Street NW<br>Washington, DC 2005 | Government ContractMc Cook Metals | Disputed/Setoff | **$2,200,000.00** |
| **Seyfarth Shaw** | Novak & Macey<br>Steve Novak\<br>100 Riverside Plaza<br>Chicago, Illinois 60606<br>9312) 419-6900 | Judgement | Disputed/Setoff | **$366,829.94** |

| Ungaretti & Harris | Scott Alsireda<br>Ungaretti & Harris<br>111 First National Plaza, Suite 3500<br>Chicago, Illinois 60602-4283<br>(312)977-9203 | Legal fees | $102,000.00 |
|---|---|---|---|
| Coffield & Assocaites | Michael W. Collfield & Associates | Legal fees | $82,000.00 |
| Nasharr & Shea | Anthony Nasharr<br>Nasharr & Shea<br>Suite 4130<br>11 Prudential Plaza<br>Chicago, Illinois 60611<br>(312) 819-1900 | Legal fees | $98,000.00 |
| Bryan Cave | Gene Murphy<br>Bryan Cave<br>Suite 4800<br>161 North Clark Street<br>Chicago, Illinois 60603<br>(312) 602-5017 | Legal Fees | $52,000.00 |
| Robert Coleman &Associates | Robert Coleman<br>Suite 4800<br>77 West Wacker Drive<br>Chicago, Illinois 60603<br>(312) | Legal Fees | $31,000.00 |
| Indiana Department of Revenue | Daniel P. Miller<br>Indiana of Department of Revenue<br>402 West washington Street, Fifth Floor<br>Indiananapolis, IN 46204-2770 | Payroll Taxes/<br>Disputed/Setoff<br>Great Lakes<br>Processing. | $210,000.00 |
| IRS | Internal Revenue Service<br>Indianapolis, IN<br>46204-2770 | Payroll Taxes/<br>Disputed/Setoff<br>Great Lakes<br>Processing.LLC | $210,00.00 |
| Quaker Chemical Corp. | Howard Howe<br>50 S. Meridan Street, 605<br>Indianapolis, In. 46204 | Trade Credit/<br>Disputed/Setoff<br>Great lakes<br>Processing | $11,500.00 |
| Com Ed | Com Ed<br>160 North LaSalleS Street Suite C-800<br>Chicago, Illinois 60601-3104<br>800-203-0684 | Utilities | $3,671.81 |
| Peoples Gas | Peoples Energy<br>130 E. Randolph Street, 17th Floor<br>Chicago, Illinois 60601<br>866-556-6004 | Utilities | $5,698.87 |
| AAA Environmental of Northern Illinois | A/R Concepts, Inc<br>33 West Higgins Rd, Suite 715<br>South Barrington, Illinois 600109 | Vendor | $2,037.39 |
| 2626 Condo Assocation | Sudler Management<br>8401 Innovation way<br>Chicago, Illinois 60602-8401 | Assessment Fees | $6,750.65 |
| SBC | | Phone Service | $432.37 |

Date: **August 17th, 2005**

Debtor