UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Michael W. Lynch                    )
                                           )    Case No.
              Debtor.                      )
                                           )    05 B 32440

### ORDER CONVERTING CASE UNDER CHAPTER 11
### TO CASE UNDER CHAPTER 7

*The Moving Party shall serve copies of this order on the Debtor, the Designated Person named in paragraph 3 below, and all professionals known to him who performed services in connection with the Chapter 11 case and shall file a proof of such service.*

This case is before the court on a motion under 11 U.S.C. § 1112(b) to convert this Chapter 11 case to a case under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, or, in the alternative, to dismiss the case. After notice and a hearing, the Court orders as follows:

1. This case is converted to a case under Chapter 7.

2. The Debtor and the Chapter 11 Trustee shall,
   a. On or before _June 15, 2006_ account for and turn over to the Chapter 7 Trustee all records and property of the estate under their custody and control as required by Fed. R. Bankr. P. 1019(4);
   b. On or before _June 15, 2006_, file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case (including the names and addresses of all creditors) as required by Fed. R. Bankr. P. 1019(5);
   c. On or before _June 15, 2006_ file a final report and account as required by Fed. R. Bankr. P. 1019(5); and
   d. Within 15 days after the entry of this order, file the statements and schedules required by Fed. R. Bankr. P. 1019(1) and 1007(b), if such documents have not already been filed.

3. ~~Pursuant to Fed. R. Bankr. P. 9001(5), the court designates ("Designated Person") to perform the acts of the Debtor.~~

4. This matter is set for a status hearing on _June 29, 2006_ at _10:00am_ in Courtroom No. _744_ of the Everett McKinley Dirksen Federal Court House, 219 South Dearborn Street, Chicago, Illinois. At that hearing, the court will determine whether the Debtor /Designated Person/Chapter 11 Trustee have complied with this order and, if not, consider such requests for further relief as may be required to secure compliance with this order.

ENTER:

_Eugene R. Wedoff_
Judge

Dated: **MAY 18 2006**

Form Order No. 20

convert11to7    ilnb: October 1, 1999

CC: Michael W. Lynch