**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                  §        Case  No. 05-32440-ERW
                                        §
MICHAEL W. LYNCH                        §
                                        §
                                        §
              Debtor                    §

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter <u>11</u> of the United States Bankruptcy Code was filed on
    <u>08/17/2005</u>. The case was converted to one under Chapter 7 on 05/18/2006. The
    undersigned trustee was appointed on <u>05/22/2006</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the
    debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be
    abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report
    showing the disposition of all property of the estate is attached as **Exhibit A**.

4.        The trustee realized gross receipts of                              $490,789.54

          Funds were disbursed in the following amounts:

          Payments made under an interim distribution          $0.00
          Administrative expenses                          $199,991.54
          Other Payments to creditors                            $0.00
          Non-estate funds paid to 3rd Parties              $174.17
          Exemptions paid to the debtor                          $0.00
          Other payments to the debtor                           $0.00

          Leaving a balance on hand of[1]                    $290,623.83

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be
distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum
compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/19/2008 and the deadline for filing government claims was 03/19/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $27,780.76.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $27,780.76, for a total compensation of $27,780.76[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $3,922.27, for total expenses of $3,922.27.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/08/2011                          By:    /s/ David P. Leibowitz
                                                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

Exhibit A

| Case No.: | 05-32440-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LYNCH, MICHAEL W. | Date Filed (f) or Converted (c): | 05/18/2006 (c) |
| For the Period Ending: | 6/8/2011 | §341(a) Meeting Date: | 09/20/2005 |
| | | Claims Bar Date: | 03/19/2008 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | REAL ESTATE | $4,200,000.00 | $2,180,000.00 | DA | $0.00 | FA |
| **Asset Notes:** | 35 Rue Foret, Lake Forest IL held in tenants by the entirety | | | | | |
| 2 | Bedroom 4 | $1,835.00 | $1,835.00 | DA | $0.00 | FA |
| 3 | Upstairs Hall | $655.00 | $655.00 | DA | $0.00 | FA |
| 4 | Bedroom 2 | $1,655.00 | $1,655.00 | DA | $0.00 | FA |
| 5 | Bedroom #3 | $275.00 | $275.00 | DA | $0.00 | FA |
| 6 | Fist Floor Waiting Room | $4,710.00 | $4,710.00 | DA | $0.00 | FA |
| 7 | Office | $1,155.00 | $1,155.00 | DA | $0.00 | FA |
| 8 | Master Bedroom | $6,000.00 | $6,000.00 | DA | $0.00 | FA |
| 9 | Laundry Room | $1,015.00 | $1,015.00 | DA | $0.00 | FA |
| 10 | Dining Room | $2,265.00 | $2,265.00 | DA | $0.00 | FA |
| 11 | Breakfast Area | $750.00 | $750.00 | DA | $0.00 | FA |
| 12 | Living Room | $3,090.00 | $3,090.00 | DA | $0.00 | FA |
| 13 | Soft Serve & Snack Area | $7,140.00 | $7,140.00 | DA | $0.00 | FA |
| 14 | Laundry Area | $660.00 | $660.00 | DA | $0.00 | FA |
| 15 | Basement | $950.00 | $950.00 | DA | $0.00 | FA |
| 16 | Basement Lounge Area | $5,730.00 | $5,730.00 | DA | $0.00 | FA |
| 17 | Theater | $8,750.00 | $8,750.00 | DA | $0.00 | FA |
| 18 | Manicure & Hair Salon | $1,100.00 | $1,100.00 | DA | $0.00 | FA |
| 19 | Exercise Room | $4,630.00 | $4,630.00 | DA | $0.00 | FA |
| 20 | Bathroom | $3,500.00 | $3,500.00 | DA | $0.00 | FA |
| 21 | Indoor Swimming Pool Area | $230.00 | $230.00 | DA | $0.00 | FA |
| 22 | Outdoors | $8,000.00 | $8,000.00 | DA | $0.00 | FA |
| 23 | Tennis Court Area | $2,600.00 | $2,600.00 | DA | $0.00 | FA |
| 24 | Garage | $695.00 | $695.00 | DA | $0.00 | FA |
| 25 | Miscellaneous Items | $2,750.00 | $2,750.00 | DA | $0.00 | FA |
| 26 | 2626 Lakeview Unit 3602 | $480,000.00 | $349,000.00 | DA | $4,995.00 | FA |
| **Asset Notes:** | Chicago, IL Investment Property  Tenancy in the Entirety | | | | | |
| 27 | Life Insurance | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Est $26.5Million | | | | | |
| 28 | Bedroom #4 | Unknown | $0.00 | DA | $0.00 | FA |
| 29 | Great Lakes Processing et el vs Seyfarth Shaw | $220,000,000.00 | $220,000,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | Legal Malpractice | | | | | |
| 30 | Lynch vs ....(see Memo) | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Lynch Vs Joseph Baldi (indiv), Robert Fishman (indiv), (Ira Bodenstein individually), & the US Trustee Office of the Northern District of Illinois. Breach of Fiduciary Duty, Constructive Fraud, Civil Consipracy. | | | | | |
| 31 | Lynch vs. GECC | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Lender Liability, Civil Rico | | | | | |
| 32 | Lynch vs. John Kolleng | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Breach of Fiduciary Duty, Constructive Fraud, Civil Conspiracy | | | | | |
| 33 | Lynch vs John Stroud Tom Modraski John Krupinski | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Breach of Fiduciary Duty, Civil Conspiracy | | | | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 05-32440-ERW | |
| **Case Name:** | LYNCH, MICHAEL W. | |
| **For the Period Ending:** | 6/8/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 05/18/2006 (c) |
| **§341(a) Meeting Date:** | 09/20/2005 |
| **Claims Bar Date:** | 03/19/2008 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 34 | Lynch vs. John Babirak | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Breach of Fiduciary Duty | | | | | |
| 35 | Lynch vs Oren Pickell Builders | $2,600,000.00 | $2,600,000.00 | DA | $0.00 | FA |
| **Asset Notes:** | Construction Fraud | | | | | |
| 36 | Lynch vs. Alcoa & Pechiney | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Antitrust & Civil RICO | | | | | |
| 37 | Lynch vs. Dean Vanek | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Breach of Fiduciary Duty, Constructive Fraud | | | | | |
| 38 | Cummins & Cronin | $200,000.00 | $200,000.00 | DA | $0.00 | FA |
| **Asset Notes:** | Promissory Note  Promissory Note | | | | | |
| 39 | John Kolleng/Equity Investment Great Lakes Proc | $300,000.00 | $300,000.00 | DA | $0.00 | FA |
| **Asset Notes:** | Promissory Note  Promissory Note | | | | | |
| 40 | Mark Smith | $100,000.00 | $100,000.00 | DA | $0.00 | FA |
| **Asset Notes:** | Promissory Note  Promissory Note | | | | | |
| 41 | Todd Lapinski | $120,000.00 | $120,000.00 | DA | $0.00 | FA |
| **Asset Notes:** | Promissory Note  Promissory Note | | | | | |
| 42 | Sandler v. Lynch                    (u) | Unknown | Unknown | DA | $4,094.55 | FA |
| **Asset Notes:** | Sandler v. Lynch Case No. 07-472 | | | | | |
| 43 | Leibowitz v. M Industries         (u) | $0.00 | $161,500.00 | DA | $5,000.00 | FA |
| **Asset Notes:** | Per Judgment order entered on 11/02/2010 | | | | | |
| 45 | Rental Income 2626 Lakeview     (u) | Unknown | Unknown | DA | $6,660.00 | FA |
| **Asset Notes:** | Rental income from 2626 Lakeview | | | | | |
| 46 | Claim against Federal Insurance for D & O Fees    (u) | $500,000.00 | $500,000.00 | DA | $470,000.00 | FA |
| INT | Interest Earned                     (u) | Unknown | Unknown | | $39.99 | Unknown |

**TOTALS (Excluding unknown value)**

|  | | **Gross Value of Remaining Assets** | |
|---|---|---|---|
| $228,570,140.00 | $226,580,640.00 | $490,789.54 | $0.00 |

**Major Activities affecting case closing:**
Follow up on status of claims against Michael and Kevin Lynch on settlement agreement

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 01/01/2010 |
| **Current Projected Date Of Final Report (TFR):** | 05/31/2011 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9513 | Money Market Acct #: | ******8065 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/8/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account *******8065 | 9999-000 | $815.14 | | $815.14 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.03 | | $815.17 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.05 | | $815.22 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.04 | | $815.26 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $815.26 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $815.26 | $815.26 | $0.00 |
| | | | Less: Bank transfers/CDs | | $815.14 | $815.26 | |
| | | | Subtotal | | $0.12 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.12 | $0.00 | |

| For the period of 8/17/2005 to 6/8/2011 | | For the entire history of the account between 04/06/2010 to 6/8/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.12 | Total Compensable Receipts: | $0.12 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.12 | Total Comp/Non Comp Receipts: | $0.12 |
| Total Internal/Transfer Receipts: | $815.14 | Total Internal/Transfer Receipts: | $815.14 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $815.26 | Total Internal/Transfer Disbursements: | $815.26 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9513 | Checking Acct #: | ******8066 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/8/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********8066 | 9999-000 | $284,807.62 | | $284,807.62 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $284,807.62 | $0.00 |
| | | TOTALS: | | | $284,807.62 | $284,807.62 | $0.00 |
| | | Less: Bank transfers/CDs | | | $284,807.62 | $284,807.62 | |
| | | Subtotal | | | $0.00 | $0.00 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $0.00 | $0.00 | |

| For the period of 8/17/2005 to 6/8/2011 | | For the entire history of the account between 04/06/2010 to 6/8/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $284,807.62 | Total Internal/Transfer Receipts: | $284,807.62 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $284,807.62 | Total Internal/Transfer Disbursements: | $284,807.62 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No. | 05-32440-ERW | | Trustee Name: | David Leibowitz |
| Case Name: | LYNCH, MICHAEL W. | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9513 | | Money Market Acct #: | ******8068 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 8/17/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/8/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of  8/17/2005 to 6/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2010 to 6/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Page No: 4

FORM 2

Case 05-32440   Doc 338   Filed 06/09/11   Entered 06/09/11 13:10:54   Desc Main

Document   Page 8 of 21

Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 05-32440-ERW |
| Case Name: | LYNCH, MICHAEL W. |
| | |
| Primary Taxpayer ID #: | ******9513 |
| Co-Debtor Taxpayer ID #: | |
| | |
| For Period Beginning: | 8/17/2005 |
| For Period Ending: | 6/8/2011 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Money Market Acct #: | ******8065 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/18/2005 | (45) | Barbara Sandler | Rent on 2626 Lakeview, Apartment 3602 | 1222-000 | $4,995.00 | | $4,995.00 |
| 12/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.89 | | $4,995.89 |
| 01/05/2006 | (45) | Barbara Sandler | Rent for 2626 Lakeview apt. | 1222-000 | $1,665.00 | | $6,660.89 |
| 01/18/2006 | 1001 | 2626 Lakeview Condominium Association | Condo assessments/rents other fees with association | 2410-000 | | $4,548.33 | $2,112.56 |
| 01/19/2006 | 1002 | U.S. Trustee | 521-05-32440 | 2950-000 | | $500.00 | $1,612.56 |
| 01/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $3.41 | | $1,615.97 |
| 02/02/2006 | (26) | Barbara Sandler | Rent for 2626 Lakeview apt 3602 | 1122-000 | $1,665.00 | | $3,280.97 |
| 02/13/2006 | 1003 | Office of the United States Trustee | Chapter 11 Statutory Fees for conversion | 6102-000 | | $250.00 | $3,030.97 |
| 02/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $1.60 | | $3,032.57 |
| 03/06/2006 | (26) | Barbara Sandler | Rent | 1122-000 | $1,665.00 | | $4,697.57 |
| 03/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $2.60 | | $4,700.17 |
| 04/10/2006 | (26) | Barbara Sandler | Rent for April | 1122-000 | $1,665.00 | | $6,365.17 |
| 04/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $3.67 | | $6,368.84 |
| 05/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $4.33 | | $6,373.17 |
| 06/30/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $4.19 | | $6,377.36 |
| 07/14/2006 | | To Account #********8066 | Create Checking account | 9999-000 | | $5,000.00 | $1,377.36 |
| 07/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $2.69 | | $1,380.05 |
| 08/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.94 | | $1,380.99 |
| 09/29/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.87 | | $1,381.86 |
| 10/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.96 | | $1,382.82 |
| 11/30/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.90 | | $1,383.72 |
| 12/29/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.87 | | $1,384.59 |
| 01/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.92 | | $1,385.51 |
| 02/28/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.69 | | $1,386.20 |
| | | | SUBTOTALS | | $11,684.53 | $10,298.33 | |

# FORM 2

Case 05-32440   Doc 338   Filed 06/09/11   Entered 06/09/11 13:10:54   Desc Main

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Document   Page 9 of 21

| | | |
|---|---|---|
| **Case No.** | 05-32440-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** | LYNCH, MICHAEL W. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******9513 | **Money Market Acct #:** ******8065 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 8/17/2005 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 6/8/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.74 | | $1,386.94 |
| 04/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.76 | | $1,387.70 |
| 05/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.76 | | $1,388.46 |
| 06/29/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.71 | | $1,389.17 |
| 07/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.79 | | $1,389.96 |
| 08/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.76 | | $1,390.72 |
| 09/10/2007 | (42) | Gould & Ratner LLP | per court order in Sandler v Lynch 07-472 dated 8/9/07 | 1249-000 | $3,939.16 | | $5,329.88 |
| 09/20/2007 | 1004 | Impact Forensics | per order auth payment on 9/18/07 | 3991-000 | | $4,675.00 | $654.88 |
| 09/28/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $1.71 | | $656.59 |
| 10/19/2007 | (42) | Gould & Ratner LLP | Sandler v. Lynch 07 A 00472 interest income | 1249-000 | $155.39 | | $811.98 |
| 10/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.41 | | $812.39 |
| 11/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | $0.42 | | $812.81 |
| 12/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | $0.41 | | $813.22 |
| 01/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | $0.37 | | $813.59 |
| 02/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | $0.16 | | $813.75 |
| 03/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $0.15 | | $813.90 |
| 04/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $0.11 | | $814.01 |
| 05/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.10 | | $814.11 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.10 | | $814.21 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.10 | | $814.31 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.09 | | $814.40 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.10 | | $814.50 |
| | | | **SUBTOTALS** | | $4,103.30 | $4,675.00 | |

# FORM 2

Case 05-32440   Doc 338   Filed 06/09/11   Entered 06/09/11 13:10:54   Desc Main

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Document   Page 10 of 21

| Case No. | 05-32440-ERW | | Trustee Name: | David Leibowitz |
| Case Name: | LYNCH, MICHAEL W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9513 | | Money Market Acct #: | ******8065 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 8/17/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/8/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | $0.08 | | $814.58 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | $0.06 | | $814.64 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.05 | | $814.69 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $814.72 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $814.75 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $814.78 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $814.81 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $814.84 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $814.87 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $814.90 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $814.93 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $814.96 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $814.99 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $815.02 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $815.05 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $815.08 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $815.11 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | $0.03 | | $815.14 |
| 04/06/2010 | | Wire out to BNYM account ********8065 | Wire out to BNYM account ********8065 | 9999-000 | ($815.14) | | $0.00 |
| | | | | SUBTOTALS | ($814.50) | $0.00 | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9513 | Money Market Acct #: | ******8065 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/8/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | |
|---|---|---|---|---|---|
| | **TOTALS:** | | $14,973.33 | $14,973.33 | $0.00 |
| | **Less: Bank transfers/CDs** | | ($815.14) | $5,000.00 | |
| | **Subtotal** | | $15,788.47 | $9,973.33 | |
| | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | **Net** | | $15,788.47 | $9,973.33 | |

| For the period of **8/17/2005** to **6/8/2011** | | For the entire history of the account between **12/18/2005** to **6/8/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $15,788.47 | Total Compensable Receipts: | $15,788.47 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,788.47 | Total Comp/Non Comp Receipts: | $15,788.47 |
| Total Internal/Transfer Receipts: | ($815.14) | Total Internal/Transfer Receipts: | ($815.14) |
| | | | |
| Total Compensable Disbursements: | $9,973.33 | Total Compensable Disbursements: | $9,973.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,973.33 | Total Comp/Non Comp Disbursements: | $9,973.33 |
| Total Internal/Transfer Disbursements: | $5,000.00 | Total Internal/Transfer Disbursements: | $5,000.00 |

# FORM 2

Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 05-32440-ERW | | | Trustee Name: | | David Leibowitz |
| Case Name: | LYNCH, MICHAEL W. | | | Bank Name: | | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9513 | | | Checking Acct #: | | ******8066 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | Checking Account |
| For Period Beginning: | 8/17/2005 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 6/8/2011 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/14/2006 | | From Account #********8065 | Create Checking account | 9999-000 | $5,000.00 | | $5,000.00 |
| 07/14/2006 | 101 | Todd Lipinski | Witness Fee | 2990-800 | | $91.40 | $4,908.60 |
| 07/14/2006 | 101 | Todd Lipinski | Witness Fee | 2990-804 | | ($91.40) | $5,000.00 |
| 07/14/2006 | 102 | Kevin Lynch | Witness Fee | 2990-000 | | $80.74 | $4,919.26 |
| 07/14/2006 | 102 | Kevin Lynch | Witness Fee | 2990-004 | | ($80.74) | $5,000.00 |
| 07/14/2006 | 103 | Pat Lynch | Witness Fee | 2990-000 | | $49.70 | $4,950.30 |
| 07/14/2006 | 103 | Pat Lynch | Witness Fee | 2990-004 | | ($49.70) | $5,000.00 |
| 07/14/2006 | 104 | Kimberlee Lynch | Witness Fee | 2990-000 | | $51.64 | $4,948.36 |
| 07/14/2006 | 104 | Kimberlee Lynch | Witness Fee | 2990-004 | | ($51.64) | $5,000.00 |
| 07/14/2006 | 105 | John Kolleng | Witness Fee | 2990-000 | | $63.28 | $4,936.72 |
| 07/14/2006 | 105 | John Kolleng | Witness Fee | 2990-004 | | ($63.28) | $5,000.00 |
| 07/14/2006 | 106 | Cummins and Cronin | Witness Fee | 2990-000 | | $79.78 | $4,920.22 |
| 08/21/2006 | 107 | Eastwood-Stein Deposition Management | for deposition for Lynch 2.5 hour attendance | 3991-000 | | $206.25 | $4,713.97 |
| 08/23/2006 | 108 | L&L Reporting Service, Inc. | Deposition fee for John Kolleng, Depo was cancelled | 3991-000 | | $95.00 | $4,618.97 |
| 11/14/2006 | 109 | Halleland Lewis Nilan & Johnson P.A. | Production for 2004 exam costs from ReliaStar. | 8500-002 | | $135.25 | $4,483.72 |
| 11/16/2006 | 110 | JPMorgan Chase Bank N.A. | Production of mortgage records per subpoena-fees for production | 2990-000 | | $1,391.50 | $3,092.22 |
| 01/29/2007 | 111 | JP Morgan Chase Bank NA | Fee for subpoena documents for a loan file | 8500-002 | | $38.92 | $3,053.30 |
| 02/08/2007 | 112 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-32440 | 2300-000 | | $5.58 | $3,047.72 |
| 02/08/2007 | 112 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-32440 | 2300-003 | | ($5.58) | $3,053.30 |
| 02/08/2007 | 113 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-32440, Bond #016026455 | 2300-000 | | $5.58 | $3,047.72 |
| 12/08/2009 | (46) | Federal Insurance Company | 6 | 1249-000 | $470,000.00 | | $473,047.72 |
| 12/15/2009 | 114 | SHAW GUSSIS | 40% of recovery - per court order entered on 03/04/2009 | 3210-000 | | $188,000.00 | $285,047.72 |
| 03/04/2010 | 115 | INTERNATIONAL SURETIES, LTD | Bond #016026455 | 2300-000 | | $240.10 | $284,807.62 |
| 04/06/2010 | | Wire out to BNYM account ********8066 | Wire out to BNYM account ********8066 | 9999-000 | ($284,807.62) | | $0.00 |
| | | | | **SUBTOTALS** | $190,192.38 | $190,192.38 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9513 | Checking Acct #: | ******8066 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/8/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $190,192.38 | $190,192.38 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($279,807.62) | $0.00 | |
| | | | **Subtotal** | | $470,000.00 | $190,192.38 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $470,000.00 | $190,192.38 | |

**For the period of 8/17/2005 to 6/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $470,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $470,000.00 |
| Total Internal/Transfer Receipts: | ($279,807.62) |
| | |
| Total Compensable Disbursements: | $190,018.21 |
| Total Non-Compensable Disbursements: | $174.17 |
| Total Comp/Non Comp Disbursements: | $190,192.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/14/2006 to 6/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $470,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $470,000.00 |
| Total Internal/Transfer Receipts: | ($279,807.62) |
| | |
| Total Compensable Disbursements: | $190,018.21 |
| Total Non-Compensable Disbursements: | $174.17 |
| Total Comp/Non Comp Disbursements: | $190,192.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| **Case No.** | 05-32440-ERW | |
| **Case Name:** | LYNCH, MICHAEL W. | |
| **Primary Taxpayer ID #:** | ******9513 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/17/2005 | |
| **For Period Ending:** | 6/8/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Money Market Acct #:** | ******8067 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of  8/17/2005 to 6/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 12/18/2005 to 6/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| **Case No.** | 05-32440-ERW |
| **Case Name:** | LYNCH, MICHAEL W. |
| **Primary Taxpayer ID #:** | ******9513 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 8/17/2005 |
| **For Period Ending:** | 6/8/2011 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Money Market Acct #:** | ******8068 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | **TOTALS:** | | | $0.00 | $0.00 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $0.00 | $0.00 | |
| | | **Subtotal** | | | $0.00 | $0.00 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $0.00 | $0.00 | |

**For the period of 8/17/2005 to 6/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/14/2006 to 6/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| **Case No.** | 05-32440-ERW | |
| **Case Name:** | LYNCH, MICHAEL W. | |
| **Primary Taxpayer ID #:** | ******9513 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/17/2005 | |
| **For Period Ending:** | 6/8/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Checking Acct #:** | ******2440 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $284,807.62 | | $284,807.62 |
| | | | **TOTALS:** | | $284,807.62 | $0.00 | $284,807.62 |
| | | | **Less: Bank transfers/CDs** | | $284,807.62 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of  8/17/2005 to 6/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $284,807.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/25/2010 to 6/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $284,807.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

FORM 2

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 05-32440-ERW | |
| Case Name: | LYNCH, MICHAEL W. | |
| Primary Taxpayer ID #: | ******9513 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 8/17/2005 | |
| For Period Ending: | 6/8/2011 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Sterling Bank |
| Money Market Acct #: | ******2440 |
| Account Title: | MMA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $815.26 | | $815.26 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.01 | | $815.27 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.03 | | $815.30 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.03 | | $815.33 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.03 | | $815.36 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.03 | | $815.39 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.03 | | $815.42 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.03 | | $815.45 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.03 | | $815.48 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.03 | | $815.51 |
| 03/02/2011 | (43) | Mario D'Agostino | Payment for purchase or judgment | 1249-000 | $5,000.00 | | $5,815.51 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.21 | | $5,815.72 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.24 | | $5,815.96 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.25 | | $5,816.21 |

|  | | |
|---|---|---|
| **TOTALS:** | $5,816.21 | $0.00 | $5,816.21 |
| **Less: Bank transfers/CDs** | $815.26 | $0.00 | |
| **Subtotal** | $5,000.95 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $5,000.95 | $0.00 | |

**For the period of  8/17/2005 to 6/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.95 |
| Total Internal/Transfer Receipts: | $815.26 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/25/2010 to 6/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.95 |
| Total Internal/Transfer Receipts: | $815.26 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******9513 | Money Market Acct #: | ******2440 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/8/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $490,789.54 | $200,165.71 | $290,623.83 |

**For the period of 8/17/2005 to 6/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $490,789.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $490,789.54 |
| Total Internal/Transfer Receipts: | $290,622.88 |
| | |
| Total Compensable Disbursements: | $199,991.54 |
| Total Non-Compensable Disbursements: | $174.17 |
| Total Comp/Non Comp Disbursements: | $200,165.71 |
| Total Internal/Transfer Disbursements: | $290,622.88 |

**For the entire history of the case between 05/18/2006 to 6/8/2011**

| | |
|---|---|
| Total Compensable Receipts: | $490,789.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $490,789.54 |
| Total Internal/Transfer Receipts: | $290,622.88 |
| | |
| Total Compensable Disbursements: | $199,991.54 |
| Total Non-Compensable Disbursements: | $174.17 |
| Total Comp/Non Comp Disbursements: | $200,165.71 |
| Total Internal/Transfer Disbursements: | $290,622.88 |

Exhibit D

### TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      05-32440-ERW
Case Name:     MICHAEL W. LYNCH
Trustee Name:  David P. Leibowitz

Balance on hand: _____ $290,623.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Washington Mutual | $146,562.15 | $0.00 | $0.00 | $0.00 |
| 7 | Emigrant Mortgage Co | $2,038,089.06 | $2,038,089.06 | $0.00 | $0.00 |
| 9 | World Savings | $344,658.59 | $344,658.59 | $0.00 | $0.00 |
| 11 | REP MCR Realty, LLC | $31,842,827.12 | $31,842,827.12 | $0.00 | $0.00 |

Total to be paid to secured creditors: _____ $0.00
Remaining balance: _____ $290,623.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee Fees | $27,780.76 | $0.00 | $27,780.76 |
| DAVID P. LEIBOWITZ, Trustee Expenses | $3,922.27 | $0.00 | $3,922.27 |
| Lakelaw, Attorney for Trustee Fees | $84,409.00 | $0.00 | $84,409.00 |
| Lakelaw, Attorney for Trustee Expenses | $3,728.72 | $0.00 | $3,728.72 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses: _____ $120,090.75
Remaining balance: _____ $170,533.08

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:        $0.00
Remaining balance:        $170,533.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,312,579.11 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2-2 | Department of the Treasury-Internal Revenue Service | $10,310,553.19 | $0.00 | $170,499.58 |
| 5 | Indiana Dept of Revenue | $2,025.92 | $0.00 | $33.50 |

Total to be paid to priority claims:        $170,533.08
Remaining balance:        $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $16,405,090.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2-2 | Department of the Treasury-Internal Revenue Service | $12,672,018.77 | $0.00 | $0.00 |
| 4 | ComEd Co | $5,278.15 | $0.00 | $0.00 |
| 6 | FAB Advisory Services, LLC | $152,971.88 | $0.00 | $0.00 |
| 8 | Lake Forest Country Day School | $50,000.00 | $0.00 | $0.00 |
| 12 | A/R Concepts, Inc | $2,037.39 | $0.00 | $0.00 |
| 13 | Childress Duffy & Goldblatt | $450,359.28 | $0.00 | $0.00 |
| 14 | Mario D'Agostino | $1,143,586.00 | $0.00 | $0.00 |
| 15 | Mary D'Agostino | $321,242.76 | $0.00 | $0.00 |
| 16 | Mario & Mary D'Agostino | $129,675.00 | $0.00 | $0.00 |
| 17 | Ungaretti & Harris LLP | $107,366.83 | $0.00 | $0.00 |
| 18 | Seyfarth Shaw LLP | $1,370,554.92 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |