**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 05-32440-ERW |
| | § | |
| MICHAEL W. LYNCH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 07/05/2011, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/08/2011                By:  /s/ David P. Leibowitz
                                              (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 05-32440-ERW
  §
MICHAEL W. LYNCH §
  §
  §
  §
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $490,789.54
*and approved disbursements of* $200,165.71
*leaving a balance on hand of*[1] *:* $290,623.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Washington Mutual | $146,562.15 | $0.00 | $0.00 | $0.00 |
| 7 | Emigrant Mortgage Co | $2,038,089.06 | $2,038,089.06 | $0.00 | $0.00 |
| 9 | World Savings | $344,658.59 | $344,658.59 | $0.00 | $0.00 |
| 11 | REP MCR Realty, LLC | $31,842,827.12 | $31,842,827.12 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $290,623.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee Fees | $27,780.76 | $0.00 | $27,780.76 |
| DAVID P. LEIBOWITZ, Trustee Expenses | $3,922.27 | $0.00 | $3,922.27 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Lakelaw, Attorney for Trustee Fees | $84,409.00 | $0.00 | $84,409.00 |
| Lakelaw, Attorney for Trustee Expenses | $3,728.72 | $0.00 | $3,728.72 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses:    $120,090.75
Remaining balance:    $170,533.08

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $170,533.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,312,579.11 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2-2 | Department of the Treasury-Internal Revenue Service | $10,310,553.19 | $0.00 | $170,499.58 |
| 5 | Indiana Dept of Revenue | $2,025.92 | $0.00 | $33.50 |

Total to be paid to priority claims:    $170,533.08
Remaining balance:    $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $16,405,090.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

**UST-Form 101-7-NFR (10/1/2010)**

| No. | | of Claim | Payments to Date | Amount |
|---|---|---|---|---|
| 2-2 | Department of the Treasury-Internal Revenue Service | $12,672,018.77 | $0.00 | $0.00 |
| 4 | ComEd Co | $5,278.15 | $0.00 | $0.00 |
| 6 | FAB Advisory Services, LLC | $152,971.88 | $0.00 | $0.00 |
| 8 | Lake Forest Country Day School | $50,000.00 | $0.00 | $0.00 |
| 12 | A/R Concepts, Inc | $2,037.39 | $0.00 | $0.00 |
| 13 | Childress Duffy & Goldblatt | $450,359.28 | $0.00 | $0.00 |
| 14 | Mario D'Agostino | $1,143,586.00 | $0.00 | $0.00 |
| 15 | Mary D'Agostino | $321,242.76 | $0.00 | $0.00 |
| 16 | Mario & Mary D'Agostino | $129,675.00 | $0.00 | $0.00 |
| 17 | Ungaretti & Harris LLP | $107,366.83 | $0.00 | $0.00 |
| 18 | Seyfarth Shaw LLP | $1,370,554.92 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:   $0.00
Remaining balance:   $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:   $0.00
Remaining balance:   $0.00

**UST-Form 101-7-NFR (10/1/2010)**

                                Prepared By:  /s/ David P. Leibowitz
                                                       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                              Case No. 05-32440-ERW
Michael W Lynch                                                     Chapter 7
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: nmolina                Page 1 of 2                   Date Rcvd: Jun 10, 2011
                               Form ID: pdf006              Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2011.
db           +Michael W Lynch,    35 Rue Foret,   Lake Forest, IL 60045-1543
aty          +Allen J Guon,    Shaw Gussis Fishman Glantz Wolfson & Tow,    321 N. Clark St., Suite 800,
               Chicago, Il 60654-4766
aty          +Leibowitz Law Center,    420 Clayton Street,   Waukegan, IL 60085-4216
aty          +Marylynne K Schwartz,   Shaw Gussis,   321 N. Clark St., Suite 800,    Chicago, IL 60654-4766
aty          +Sharanya Guruajan,    420 West Clayton St,   Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
9843549      +AAA Enviromental of Illinois,    33 Washington #715,   SouthBarrington, Il 60010
9698490       Anthony Nasharr,    Nasharr & Shea,   11 Prudential Plaza Ste 4200,    Chicago, IL 60611
9843546       Bryan Cavv,    161 North Clark #4800,   Chicago, Il 60603
9865705     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,     11200 West Parkland Ave.,   Mailstop: MWIA303,
               Milwaukee, Wisconsin 53224)
9843548      +Cdvakor Chemical,    50 S Monroe Street 605,   Indianpolis, IN 46229-2748
9843544       Coffield Asso,    77 West Wayar Ste 45,   Chicago, Il 60603
9698496      +Com Ed,    160 N. LaSalle Street Ste C-800,   Chicago, IL 60601-3113
9698483      +Cummins & Cronin,    Robert Cummins,   77 West Wacker Dr. Ste 4800,    Chicago, IL 60601-1812
9698493       Daniel P. Miller,    Indiana of Dept. of Revenue,    402 W. Washington Street , Fifth Floor,
               Indianapolis, IN 46204-2770
9843541      +Emigrant Mortgage Co,    5 East 42nd Street,   New York, NY 10017-6904
10082044     +FAB Advisory Services, LLC,    Joseph B DiRago,    Katten Muchin Rosenman LLP,
               525 West Monroe Street,    Chicago, Il 60661-3693
9698491      +Gene Murphy,    Bryan Cave,   161 N. Clark St. Ste 4800,    Chicago, IL 60601-3213
9698494     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,   Philadelphia, PA 19114)
9843547      +Indiana Dept of Revenue St,    402 West Washington,   Indianapolis, ID 46204-2243
9698482      +Joseph Baldi,    Chapter 11 Trustee McCook Metals,    Robert Fishman,    312 N. Clark Street,
               Chicago, IL 60654-4702
9698481      +LaSalle Business Credit,    David Oppenheimer,   2 Commerce Square,    2001 Market St. Ste 2610,
               Philadephia, PA 19103-7037
10493083     +Lake Forest Country Day School,    David T B Audley Chapman and Cutler LLP,    111 W Monroe St,
               Chicago, IL 60603-4080
12059683     +Mario & Mary D’Agostino,    c/o richard L. Hirsh & Assoc. PC,    1500 Eisenhower Lane #800,
               Lisle, IL 60532-2135
9698484      +Mario & Mary D’Agostino,    Mike Braun,   33 N. Dearborn St Ste 500,    Chicago, IL 60602-3960
12059680     +Mario D’Agostino,    c/i Richard L. Hirsh & Assoc. PC,    1500 Eisenhower lane #800,
               Lisle, IL 60532-2135
12059682     +Mary D’Agostino,    c/o Richard L. Hirsh & Assoc. PC,    1500 Eisenhower Lane #800,
               Lisle, IL 60532-2135
9843545       Nasharrt Shea,    Ste 4510 II Prustial Plaza,   Chicago, Il 60610
9698487      +Novak & Macey,    Steve Novak,   100 Riverside Plaza,    Chicago, IL 60606-1501
10793533     +Office of the U.S. Trustee,    227 W. Monroe St.,   Suite 3350,    Chicago, IL 60606-5099
9734804      +PEOPLES GAS LIGHT & COKE CO.,    130 E. RANDOLPH,   CHICAGO,IL 60601-6207
9698497      +Peoples Energy,    130 E. Randolph Street 17th Fl,   Chicago, IL 60601-6207
9698495      +Quaker Chemical Corp.,    Howard Howe,   50 S. Meridan Street. 605,    Indianapolis, IN 46204-3541
9698480       REP MCR Realty, LLC,    Jeffrey E Altshul,   Perkins Cole LLP,    131 S. Dearborn St Ste 1700,
               Chicago, IL 60603-5559
10574933      Reynolds & Associates,    Attn Tom Reynolds President,    2 First Natl’l Bank Plaza Ste 4200,
               Chicago, Il 60602
9698492      +Robert Coleman & Associates,    77 W. Wacker Drive Ste 4800,    Chicago, IL 60601-1812
9698500       SBC,    60663 S Bl Drive,   Chicago, Il 60663
9698488       Scott Alstreda,    Ungaretti & Harris,   111 First National Plaza Ste 3500,
               Chicago, IL 60602-4283
9751266      +Seyfarth Shaw,    Michael L Shakman, Marc O Beem,    Miller Shakman & Hamilton,
               208 S Lasalle Street Ste 3600,    Chicago, Il 60604-1000
12062102     +Seyfarth Shaw LLP,    c/o Miller Shakman & Beem LLP,    180 North LaSalle Street,   Suite 3600,
               Chicago, IL 60601-2805
10574934     +Spellmire & Associates,    77 W Wacker Driv Ste 4800,    Chicago, IL 60601-1664
9698499      +Sudler Management,    8401 Innovation way,   Chicago, IL 60682-0084
12060483      Ungaretti & Harris LLP,    c/o R. Scott Alsterda,    3500 Three First National Plaza,
               Chicago, IL 60602
9843543       Ungaretti thomis,    III National Plaza,   Chicago, Il 60602
10537032    ++WORLD SAVINGS BANK FSB,    ATTN BANKRUPTCY DEPARTMENT,    4101 WISEMAN BLVD,
               SAN ANTONIO TX 78251-4201
             (address filed with court: World Savings,    Po Box 659558,   Attn Bankruptcy Department,
               San Antonio, TX 78265-9558)
9843542      +Washington Mutual,    P O Box 3139,   Milwaukee, WI 53201-3139
```

```
District/off: 0752-1          User: nmolina           Page 2 of 2           Date Rcvd: Jun 10, 2011
                              Form ID: pdf006         Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
9698498     +E-mail/Text: KM@ARCONCEPTSINC.COM Jun 10 2011 22:05:18     A/R Concepts, Inc,
             AAA Environmental of n. ILL,   33 West Higgins Rd, Ste 715,   South Barrington, IL 60010-9103
9903705     +E-mail/Text: legalcollections@comed.com Jun 10 2011 22:05:09     ComEd Co,   2100 Swift Drive,
             Attn Bankruptcy Section/Revenue Manageme,   Oakbrook IL 60523-1559
9961048     +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jun 11 2011 00:06:19     Indiana Dept of Revenue,
             Bankruptcy Section Room N-203,   100 North Senate Avenue,   Indianapolis, IN 46204-2273
9698486      Fax: 202-326-4112 Jun 10 2011 22:13:56     Pension Benefit Guaranty Corporation,
             Lawrence Landraff Esq,   Office of The Chief Counsel,   1200 K Street NW,
             Washington, DC 20005-4026
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9698489      Michael W. Collfield & Associates
aty*        +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
aty*        +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
9805687*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10752922*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
9698485     ##+Childress Duffy & Goldblatt,   Michael Duffy,   515 N. State St. Ste 2200,
             Chicago, IL 60654-4974
                                                                                   TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2011**                    **Signature:**   *Joseph Speetjens*