**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 05-32440-ERW |
| | § | |
| MICHAEL W. LYNCH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $228,570,140.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $170,533.30 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $320,082.29 | | |

3)      Total gross receipts of $490,789.76  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $174.17 (see **Exhibit 2),** yielded net receipts of $490,615.59 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $38,685,478.12 | $34,372,136.92 | $34,225,574.77 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $131,832.29 | $319,832.29 | $319,832.29 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $250.00 | $250.00 | $250.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $20,623,132.30 | $10,312,579.11 | $170,533.30 |
| General Unsecured Claims (from **Exhibit 7**) | $12,562,022.06 | $18,772,373.45 | $16,405,090.98 | $0.00 |
| **Total Disbursements** | $51,247,500.18 | $73,899,724.96 | $61,263,327.15 | $490,615.59 |

4).  This case was originally filed under chapter 11 on 08/17/2005. The case was converted to one under Chapter 7 on 05/18/2006. The case was pending for 65 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/10/2011          By:    /s/ David P. Leibowitz
                                         Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2626 Lakeview Unit 3602 | 1122-000 | $4,995.00 |
| Rental Income 2626 Lakeview | 1222-000 | $6,660.00 |
| Claim against Federal Insurance for D & O Fees | 1249-000 | $470,000.00 |
| Leibowitz v. M Industries | 1249-000 | $5,000.00 |
| Sandler v. Lynch | 1249-000 | $4,094.55 |
| Interest Earned | 1270-000 | $40.21 |
| **TOTAL GROSS RECEIPTS** | | $490,789.76 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Halleland Lewis Nilan & Johnson P.A. | Funds to Third Parties | 8500-002 | $135.25 |
| JP Morgan Chase Bank NA | Funds to Third Parties | 8500-002 | $38.92 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $174.17 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Washington Mutual | 4110-000 | NA | $146,562.15 | $0.00 | $0.00 |
| 7 | Emigrant Mortgage Co | 4110-000 | NA | $2,038,089.06 | $2,038,089.06 | $0.00 |
| 9 | World Savings | 4110-000 | NA | $344,658.59 | $344,658.59 | $0.00 |
| 11 | REP MCR Realty, LLC | 4110-000 | NA | $31,842,827.12 | $31,842,827.12 | $0.00 |
| | Scheduled D | 4120-000 | $38,685,478.12 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $38,685,478.12 | $34,372,136.92 | $34,225,574.77 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $27,780.76 | $27,780.76 | $27,780.76 |

| | | | | | |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $3,922.27 | $3,922.27 | $3,922.27 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $245.68 | $245.68 | $245.68 |
| 2626 Lakeview Condominium Association | 2410-000 | NA | $4,548.33 | $4,548.33 | $4,548.33 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| U.S. Trustee | 2950-000 | NA | $500.00 | $500.00 | $500.00 |
| Cummins and Cronin | 2990-000 | NA | $79.78 | $79.78 | $79.78 |
| JPMorgan Chase Bank N.A. | 2990-000 | NA | $1,391.50 | $1,391.50 | $1,391.50 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $84,409.00 | $84,409.00 | $84,409.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $3,728.72 | $3,728.72 | $3,728.72 |
| SHAW GUSSIS, Attorney for Trustee | 3210-000 | NA | $0.00 | $188,000.00 | $188,000.00 |
| Eastwood-Stein Deposition Management, Other Professional | 3991-000 | NA | $206.25 | $206.25 | $206.25 |
| Impact Forensics, Other Professional | 3991-000 | NA | $4,675.00 | $4,675.00 | $4,675.00 |
| L&L Reporting Service, Inc., Other Professional | 3991-000 | NA | $95.00 | $95.00 | $95.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $131,832.29 | $319,832.29 | $319,832.29 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Office of the United States Trustee, Trustee | 6102-000 | NA | $250.00 | $250.00 | $250.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $250.00 | $250.00 | $250.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-2 | Department of the Treasury-Internal Revenue Service | 5800-000 | NA | $10,310,553.19 | $10,310,553.19 | $170,499.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 P | Department of the Treasury-Internal Revenue Service | 5800-000 | NA | $10,310,553.19 | $0.00 | $0.00 |
| 5 | Indiana Dept of Revenue | 5800-000 | NA | $2,025.92 | $2,025.92 | $33.50 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $20,623,132.30 | $10,312,579.11 | $170,533.30 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT & COKE CO. | 7100-000 | NA | $5,816.89 | $0.00 | $0.00 |
| 2-2 | Department of the Treasury-Internal Revenue Service | 7100-000 | NA | $12,672,018.77 | $12,672,018.77 | $0.00 |
| 2 U | Department of the Treasury-Internal Revenue Service | 7100-000 | NA | $2,361,465.58 | $0.00 | $0.00 |
| 4 | ComEd Co | 7100-000 | NA | $5,278.15 | $5,278.15 | $0.00 |
| 6 | FAB Advisory Services, LLC | 7100-000 | NA | $152,971.88 | $152,971.88 | $0.00 |
| 8 | Lake Forest Country Day School | 7100-000 | NA | $50,000.00 | $50,000.00 | $0.00 |
| 12 | A/R Concepts, Inc | 7100-000 | NA | $2,037.39 | $2,037.39 | $0.00 |
| 13 | Childress Duffy & Goldblatt | 7100-000 | NA | $450,359.28 | $450,359.28 | $0.00 |
| 14 | Mario D'Agostino | 7100-000 | NA | $1,143,586.00 | $1,143,586.00 | $0.00 |
| 15 | Mary D'Agostino | 7100-000 | NA | $321,242.76 | $321,242.76 | $0.00 |
| 16 | Mario & Mary D'Agostino | 7100-000 | NA | $129,675.00 | $129,675.00 | $0.00 |
| 17 | Ungaretti & Harris LLP | 7100-000 | NA | $107,366.83 | $107,366.83 | $0.00 |
| 18 | Seyfarth Shaw LLP | 7100-000 | NA | $1,370,554.92 | $1,370,554.92 | $0.00 |
| | General Unsecured Creditors Schedule F | 7100-000 | $12,562,022.06 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $12,562,022.06 | $18,772,373.45 | $16,405,090.98 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 05-32440-ERW | |
| **Case Name:** | LYNCH, MICHAEL W. | |
| **For the Period Ending:** | 10/10/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 05/18/2006 (c) |
| **§341(a) Meeting Date:** | 09/20/2005 |
| **Claims Bar Date:** | 03/19/2008 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | REAL ESTATE | $4,200,000.00 | $2,180,000.00 | DA | $0.00 | FA |
| **Asset Notes:** | 35 Rue Foret, Lake Forest IL held in tenants by the entirety | | | | | |
| 2 | Bedroom 4 | $1,835.00 | $1,835.00 | DA | $0.00 | FA |
| 3 | Upstairs Hall | $655.00 | $655.00 | DA | $0.00 | FA |
| 4 | Bedroom 2 | $1,655.00 | $1,655.00 | DA | $0.00 | FA |
| 5 | Bedroom #3 | $275.00 | $275.00 | DA | $0.00 | FA |
| 6 | Fist Floor Waiting Room | $4,710.00 | $4,710.00 | DA | $0.00 | FA |
| 7 | Office | $1,155.00 | $1,155.00 | DA | $0.00 | FA |
| 8 | Master Bedroom | $6,000.00 | $6,000.00 | DA | $0.00 | FA |
| 9 | Laundry Room | $1,015.00 | $1,015.00 | DA | $0.00 | FA |
| 10 | Dining Room | $2,265.00 | $2,265.00 | DA | $0.00 | FA |
| 11 | Breakfast Area | $750.00 | $750.00 | DA | $0.00 | FA |
| 12 | Living Room | $3,090.00 | $3,090.00 | DA | $0.00 | FA |
| 13 | Soft Serve & Snack Area | $7,140.00 | $7,140.00 | DA | $0.00 | FA |
| 14 | Laundry Area | $660.00 | $660.00 | DA | $0.00 | FA |
| 15 | Basement | $950.00 | $950.00 | DA | $0.00 | FA |
| 16 | Basement Lounge Area | $5,730.00 | $5,730.00 | DA | $0.00 | FA |
| 17 | Theater | $8,750.00 | $8,750.00 | DA | $0.00 | FA |
| 18 | Manicure & Hair Salon | $1,100.00 | $1,100.00 | DA | $0.00 | FA |
| 19 | Exercise Room | $4,630.00 | $4,630.00 | DA | $0.00 | FA |
| 20 | Bathroom | $3,500.00 | $3,500.00 | DA | $0.00 | FA |
| 21 | Indoor Swimming Pool Area | $230.00 | $230.00 | DA | $0.00 | FA |
| 22 | Outdoors | $8,000.00 | $8,000.00 | DA | $0.00 | FA |
| 23 | Tennis Court Area | $2,600.00 | $2,600.00 | DA | $0.00 | FA |
| 24 | Garage | $695.00 | $695.00 | DA | $0.00 | FA |
| 25 | Miscellaneous Items | $2,750.00 | $2,750.00 | DA | $0.00 | FA |
| 26 | 2626 Lakeview Unit 3602 | $480,000.00 | $349,000.00 | DA | $4,995.00 | FA |
| **Asset Notes:** | Chicago, IL Investment Property  Tenancy in the Entirety | | | | | |
| 27 | Life Insurance | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Est $26.5Million | | | | | |
| 28 | Bedroom #4 | Unknown | $0.00 | DA | $0.00 | FA |
| 29 | Great Lakes Processing et el vs Seyfarth Shaw | $220,000,000.00 | $220,000,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | Legal Malpractice | | | | | |
| 30 | Lynch vs ....(see Memo) | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Lynch Vs Joseph Baldi (indiv), Robert Fishman (indiv), (Ira Bodenstein individually), & the US Trustee Office of the Northern District of Illinois. Breach of Fiduciary Duty, Constructive Fraud, Civil Consipracy. | | | | | |
| 31 | Lynch vs. GECC | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Lender Liability, Civil Rico | | | | | |
| 32 | Lynch vs. John Kolleng | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Breach of Fiduciary Duty, Constructive Fraud, Civil Conspiracy | | | | | |
| 33 | Lynch vs John Stroud Tom Modraski John Krupinski | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Breach of Fiduciary Duty, Civil Conspiracy | | | | | |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No.: | 05-32440-ERW | | Trustee Name: | David Leibowitz |
| Case Name: | LYNCH, MICHAEL W. | | Date Filed (f) or Converted (c): | 05/18/2006 (c) |
| For the Period Ending: | 10/10/2011 | | §341(a) Meeting Date: | 09/20/2005 |
| | | | Claims Bar Date: | 03/19/2008 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 34 | Lynch vs. John Babirak | Unknown | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Breach of Fiduciary Duty | | | | | |
| 35 | Lynch vs Oren Pickell Builders | $2,600,000.00 | $2,600,000.00 | DA | $0.00 | FA |
| Asset Notes: | Construction Fraud | | | | | |
| 36 | Lynch vs. Alcoa & Pechiney | Unknown | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Antitrust & Civil RICO | | | | | |
| 37 | Lynch vs. Dean Vanek | Unknown | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Breach of Fiduciary Duty, Constructive Fraud | | | | | |
| 38 | Cummins & Cronin | $200,000.00 | $200,000.00 | DA | $0.00 | FA |
| Asset Notes: | Promissory Note  Promissory Note | | | | | |
| 39 | John Kolleng/Equity Investment Great Lakes Proc | $300,000.00 | $300,000.00 | DA | $0.00 | FA |
| Asset Notes: | Promissory Note  Promissory Note | | | | | |
| 40 | Mark Smith | $100,000.00 | $100,000.00 | DA | $0.00 | FA |
| Asset Notes: | Promissory Note  Promissory Note | | | | | |
| 41 | Todd Lapinski | $120,000.00 | $120,000.00 | DA | $0.00 | FA |
| Asset Notes: | Promissory Note  Promissory Note | | | | | |
| 42 | Sandler v. Lynch    (u) | Unknown | Unknown | DA | $4,094.55 | FA |
| Asset Notes: | Sandler v. Lynch Case No. 07-472 | | | | | |
| 43 | Leibowitz v. M Industries    (u) | $0.00 | $161,500.00 | DA | $5,000.00 | FA |
| Asset Notes: | Per Judgment order entered on 11/02/2010 | | | | | |
| 45 | Rental Income 2626 Lakeview    (u) | Unknown | Unknown | DA | $6,660.00 | FA |
| Asset Notes: | Rental income from 2626 Lakeview | | | | | |
| 46 | Claim against Federal Insurance for D & O Fees    (u) | $500,000.00 | $500,000.00 | DA | $470,000.00 | FA |
| INT | Interest Earned    (u) | Unknown | Unknown | | $40.21 | FA |

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| | $228,570,140.00 | $226,580,640.00 | | $490,789.76 | $0.00 |

**Major Activities affecting case closing:**

Follow up on status of claims against Michael and Kevin Lynch on settlement agreement

| Initial Projected Date Of Final Report (TFR): | 01/01/2010 | /s/ DAVID LEIBOWITZ |
| Current Projected Date Of Final Report (TFR): | 05/31/2011 | DAVID LEIBOWITZ |

**FORM 2**

Case 05-32440   Doc 356   Filed 12/27/11   Entered 12/27/11 11:12:06   Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document      Page 8 of 22

| | | |
|---|---|---|
| **Case No.** | 05-32440-ERW | |
| **Case Name:** | LYNCH, MICHAEL W. | |
| | | |
| **Primary Taxpayer ID #:** | ******9513 | |
| **Co-Debtor Taxpayer ID #:** | | |
| | | |
| **For Period Beginning:** | 8/17/2005 | |
| **For Period Ending:** | 10/10/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | The Bank of New York Mellon |
| **Money Market Acct #:** | 000025878065 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account 312025878065 | 9999-000 | $815.14 | | $815.14 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.03 | | $815.17 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.05 | | $815.22 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.04 | | $815.26 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $815.26 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $815.26 | $815.26 | $0.00 |
| **Less: Bank transfers/CDs** | $815.14 | $815.26 | |
| **Subtotal** | $0.12 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.12 | $0.00 | |

| **For the period of 8/17/2005 to 10/10/2011** | | **For the entire history of the account between 04/06/2010 to 10/10/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.12 | Total Compensable Receipts: | $0.12 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.12 | Total Comp/Non Comp Receipts: | $0.12 |
| Total Internal/Transfer Receipts: | $815.14 | Total Internal/Transfer Receipts: | $815.14 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $815.26 | Total Internal/Transfer Disbursements: | $815.26 |

FORM 2

Case 05-32440 Doc 356 Filed 12/27/11 Entered 12/27/11 11:12:06 Desc Main

CASH RECEIPTS AND DISBURSEMENTS RECORD

Document Page 9 of 22

| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9513 | Checking Acct #: | 000025878066 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account 312025878066 | 9999-000 | $284,807.62 | | $284,807.62 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $284,807.62 | $0.00 |
| | | | **TOTALS:** | | $284,807.62 | $284,807.62 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $284,807.62 | $284,807.62 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 8/17/2005 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $284,807.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $284,807.62 |

**For the entire history of the account between 04/06/2010 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $284,807.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $284,807.62 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******9513 | Money Market Acct #: | 000025878068 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 8/17/2005 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2010 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Page No: 4

FORM 2

Case 05-32440   Doc 356   Filed 12/27/11   Entered 12/27/11 11:12:06   Desc Main

CASH RECEIPTS AND DISBURSEMENTS RECORD

Document   Page 11 of 22

Exhibit 9

| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9513 | Checking Acct #: | 1701053244001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $5,816.43 | | $5,816.43 |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $284,807.62 | | $290,624.05 |
| 07/08/2011 | 5001 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $27,780.76 | $262,843.29 |
| 07/08/2011 | 5002 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 | | $3,922.27 | $258,921.02 |
| 07/08/2011 | 5003 | Lakelaw | Claim #: ; Amount Claimed: 84,409.00; Amount Allowed: 84,409.00; Distribution Dividend: 100.00; | 3110-000 | | $84,409.00 | $174,512.02 |
| 07/08/2011 | 5004 | Lakelaw | Claim #: ; Amount Claimed: 3,728.72; Amount Allowed: 3,728.72;  Distribution Dividend: 100.00; | 3120-000 | | $3,728.72 | $170,783.30 |
| 07/08/2011 | 5005 | Office of the Clerk United States Bankruptcy Court | Claim #: 10; Amount Claimed: 250.00; Amount Allowed: 250.00;  Distribution Dividend: 100.00; | 2700-000 | | $250.00 | $170,533.30 |
| 07/08/2011 | 5006 | Department of the Treasury-Internal Revenue | Claim #: 2; Amount Claimed: 10,310,553.19; Amount Allowed: 10,310,553.19; Distribution Dividend: 1.65; | 5800-000 | | $170,499.80 | $33.50 |
| 07/08/2011 | 5007 | Indiana Dept of Revenue | Claim #: 5; Amount Claimed: 2,025.92; Amount Allowed: 2,025.92;  Distribution Dividend: 1.65; | 5800-000 | | $33.50 | $0.00 |
| | | | TOTALS: | | $290,624.05 | $290,624.05 | $0.00 |
| | | | Less: Bank transfers/CDs | | $290,624.05 | $0.00 | |
| | | | Subtotal | | $0.00 | $290,624.05 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $290,624.05 | |

| For the period of 8/17/2005 to 10/10/2011 | | For the entire history of the account between 06/29/2011 to 10/10/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $290,624.05 | Total Internal/Transfer Receipts: | $290,624.05 |
| | | | |
| Total Compensable Disbursements: | $290,624.05 | Total Compensable Disbursements: | $290,624.05 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $290,624.05 | Total Comp/Non Comp Disbursements: | $290,624.05 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9513 | Money Market Acct #: | 312025878065 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/18/2005 | (45) | Barbara Sandler | Rent on 2626 Lakeview, Apartment 3602 | 1222-000 | $4,995.00 | | $4,995.00 |
| 12/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.89 | | $4,995.89 |
| 01/05/2006 | (45) | Barbara Sandler | Rent for 2626 Lakeview apt. | 1222-000 | $1,665.00 | | $6,660.89 |
| 01/18/2006 | 1001 | 2626 Lakeview Condominium Association | Condo assessments/rents other fees with association | 2410-000 | | $4,548.33 | $2,112.56 |
| 01/19/2006 | 1002 | U.S. Trustee | 521-05-32440 | 2950-000 | | $500.00 | $1,612.56 |
| 01/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $3.41 | | $1,615.97 |
| 02/02/2006 | (26) | Barbara Sandler | Rent for 2626 Lakeview apt 3602 | 1122-000 | $1,665.00 | | $3,280.97 |
| 02/13/2006 | 1003 | Office of the United States Trustee | Chapter 11 Statutory Fees for conversion | 6102-000 | | $250.00 | $3,030.97 |
| 02/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $1.60 | | $3,032.57 |
| 03/06/2006 | (26) | Barbara Sandler | Rent | 1122-000 | $1,665.00 | | $4,697.57 |
| 03/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $2.60 | | $4,700.17 |
| 04/10/2006 | (26) | Barbara Sandler | Rent for April | 1122-000 | $1,665.00 | | $6,365.17 |
| 04/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $3.67 | | $6,368.84 |
| 05/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $4.33 | | $6,373.17 |
| 06/30/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $4.19 | | $6,377.36 |
| 07/14/2006 | | To Account #312025878066 | Create Checking account | 9999-000 | | $5,000.00 | $1,377.36 |
| 07/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $2.69 | | $1,380.05 |
| 08/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.94 | | $1,380.99 |
| 09/29/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.87 | | $1,381.86 |
| 10/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.96 | | $1,382.82 |
| 11/30/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.90 | | $1,383.72 |
| 12/29/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $0.87 | | $1,384.59 |
| 01/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.92 | | $1,385.51 |
| 02/28/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.69 | | $1,386.20 |
| | | | SUBTOTALS | | $11,684.53 | $10,298.33 | |

**FORM 2**

Case 05-32440   Doc 356   Filed 12/27/11   Entered 12/27/11 11:12:06   Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document   Page 13 of 22

| | |
|---|---|
| Case No.: | 05-32440-ERW |
| Case Name: | LYNCH, MICHAEL W. |
| | |
| Primary Taxpayer ID #: | ******9513 |
| Co-Debtor Taxpayer ID #: | |
| | |
| For Period Beginning: | 8/17/2005 |
| For Period Ending: | 10/10/2011 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Money Market Acct #: | 312025878065 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.74 | | $1,386.94 |
| 04/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.76 | | $1,387.70 |
| 05/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.76 | | $1,388.46 |
| 06/29/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.71 | | $1,389.17 |
| 07/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.79 | | $1,389.96 |
| 08/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.76 | | $1,390.72 |
| 09/10/2007 | (42) | Gould & Ratner LLP | per court order in Sandler v Lynch 07-472 dated 8/9/07 | 1249-000 | $3,939.16 | | $5,329.88 |
| 09/20/2007 | 1004 | Impact Forensics | per order auth payment on 9/18/07 | 3991-000 | | $4,675.00 | $654.88 |
| 09/28/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $1.71 | | $656.59 |
| 10/19/2007 | (42) | Gould & Ratner LLP | Sandler v. Lynch 07 A 00472 interest income | 1249-000 | $155.39 | | $811.98 |
| 10/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.41 | | $812.39 |
| 11/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | $0.42 | | $812.81 |
| 12/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | $0.41 | | $813.22 |
| 01/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | $0.37 | | $813.59 |
| 02/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | $0.16 | | $813.75 |
| 03/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $0.15 | | $813.90 |
| 04/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $0.11 | | $814.01 |
| 05/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.10 | | $814.11 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.10 | | $814.21 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.10 | | $814.31 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.09 | | $814.40 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.10 | | $814.50 |
| | | | **SUBTOTALS** | | $4,103.30 | $4,675.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9513 | Money Market Acct #: | 312025878065 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $0.08 | | $814.58 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $0.06 | | $814.64 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.05 | | $814.69 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $814.72 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $814.75 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $814.78 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $814.81 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $814.84 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $814.87 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $814.90 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $814.93 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $814.96 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $814.99 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $815.02 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $815.05 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $815.08 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $815.11 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $815.14 |
| 04/06/2010 | | Wire out to BNYM account 000025878065 | Wire out to BNYM account 000025878065 | 9999-000 | ($815.14) | | $0.00 |
| | | | **SUBTOTALS** | | ($814.50) | $0.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 05-32440-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** | LYNCH, MICHAEL W. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******9513 | **Money Market Acct #:** 312025878065 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 8/17/2005 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 10/10/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|
| **TOTALS:** | $14,973.33 | $14,973.33 | $0.00 |
| **Less: Bank transfers/CDs** | ($815.14) | $5,000.00 | |
| **Subtotal** | $15,788.47 | $9,973.33 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $15,788.47 | $9,973.33 | |

**For the period of 8/17/2005 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $15,788.47 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,788.47 |
| Total Internal/Transfer Receipts: | ($815.14) |
| | |
| Total Compensable Disbursements: | $9,973.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,973.33 |
| Total Internal/Transfer Disbursements: | $5,000.00 |

**For the entire history of the account between 12/18/2005 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $15,788.47 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,788.47 |
| Total Internal/Transfer Receipts: | ($815.14) |
| | |
| Total Compensable Disbursements: | $9,973.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,973.33 |
| Total Internal/Transfer Disbursements: | $5,000.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9513 | Checking Acct #: | 312025878066 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/14/2006 | | From Account #312025878065 | Create Checking account | 9999-000 | $5,000.00 | | $5,000.00 |
| 07/14/2006 | 101 | Todd Lipinski | Witness Fee | 2990-800 | | $91.40 | $4,908.60 |
| 07/14/2006 | 101 | Todd Lipinski | Witness Fee | 2990-804 | | ($91.40) | $5,000.00 |
| 07/14/2006 | 102 | Kevin Lynch | Witness Fee | 2990-000 | | $80.74 | $4,919.26 |
| 07/14/2006 | 102 | Kevin Lynch | Witness Fee | 2990-004 | | ($80.74) | $5,000.00 |
| 07/14/2006 | 103 | Pat Lynch | Witness Fee | 2990-000 | | $49.70 | $4,950.30 |
| 07/14/2006 | 103 | Pat Lynch | Witness Fee | 2990-004 | | ($49.70) | $5,000.00 |
| 07/14/2006 | 104 | Kimberlee Lynch | Witness Fee | 2990-000 | | $51.64 | $4,948.36 |
| 07/14/2006 | 104 | Kimberlee Lynch | Witness Fee | 2990-004 | | ($51.64) | $5,000.00 |
| 07/14/2006 | 105 | John Kolleng | Witness Fee | 2990-000 | | $63.28 | $4,936.72 |
| 07/14/2006 | 105 | John Kolleng | Witness Fee | 2990-004 | | ($63.28) | $5,000.00 |
| 07/14/2006 | 106 | Cummins and Cronin | Witness Fee | 2990-000 | | $79.78 | $4,920.22 |
| 08/21/2006 | 107 | Eastwood-Stein Deposition Management | for deposition for Lynch 2.5 hour attendance | 3991-000 | | $206.25 | $4,713.97 |
| 08/23/2006 | 108 | L&L Reporting Service, Inc. | Deposition fee for John Kolleng, Depo was cancelled | 3991-000 | | $95.00 | $4,618.97 |
| 11/14/2006 | 109 | Halleland Lewis Nilan & Johnson P.A. | Production for 2004 exam costs from ReliaStar. | 8500-002 | | $135.25 | $4,483.72 |
| 11/16/2006 | 110 | JPMorgan Chase Bank N.A. | Production of mortgage records per subpoena-fees for production | 2990-000 | | $1,391.50 | $3,092.22 |
| 01/29/2007 | 111 | JP Morgan Chase Bank NA | Fee for subpoena documents for a loan file | 8500-002 | | $38.92 | $3,053.30 |
| 02/08/2007 | 112 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-32440 | 2300-000 | | $5.58 | $3,047.72 |
| 02/08/2007 | 112 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-32440 | 2300-003 | | ($5.58) | $3,053.30 |
| 02/08/2007 | 113 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-32440, Bond #016026455 | 2300-000 | | $5.58 | $3,047.72 |
| 12/08/2009 | (46) | Federal Insurance Company | 6 | 1249-000 | $470,000.00 | | $473,047.72 |
| 12/15/2009 | 114 | SHAW GUSSIS | 40% of recovery - per court order entered on 03/04/2009 | 3210-000 | | $188,000.00 | $285,047.72 |
| 03/04/2010 | 115 | INTERNATIONAL SURETIES, LTD | Bond #016026455 | 2300-000 | | $240.10 | $284,807.62 |
| 04/06/2010 | | Wire out to BNYM account 000025878066 | Wire out to BNYM account 000025878066 | 9999-000 | ($284,807.62) | | $0.00 |
| | | | **SUBTOTALS** | | $190,192.38 | $190,192.38 | |

Page No: 10
FORM 2
Case 05-32440   Doc 356   Filed 12/27/11   Entered 12/27/11 11:12:06   Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 17 of 22
Exhibit 9

| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9513 | Checking Acct #: | 312025878066 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $190,192.38 | $190,192.38 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($279,807.62) | $0.00 | |
| | | | **Subtotal** | | $470,000.00 | $190,192.38 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $470,000.00 | $190,192.38 | |

**For the period of  8/17/2005 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $470,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $470,000.00 |
| Total Internal/Transfer Receipts: | ($279,807.62) |
| | |
| Total Compensable Disbursements: | $190,018.21 |
| Total Non-Compensable Disbursements: | $174.17 |
| Total Comp/Non Comp Disbursements: | $190,192.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/14/2006 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $470,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $470,000.00 |
| Total Internal/Transfer Receipts: | ($279,807.62) |
| | |
| Total Compensable Disbursements: | $190,018.21 |
| Total Non-Compensable Disbursements: | $174.17 |
| Total Comp/Non Comp Disbursements: | $190,192.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 11
FORM 2
Case 05-32440  Doc 356  Filed 12/27/11  Entered 12/27/11 11:12:06  Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document    Page 18 of 22
Exhibit 9

| Case No. | 05-32440-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LYNCH, MICHAEL W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9513 | | Money Market Acct #: | 312025878067 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 8/17/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|
| | | | TOTALS: | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | Subtotal | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $0.00 | $0.00 | |

**For the period of  8/17/2005 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 12/18/2005 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Page No: 12
FORM 2
Case 05-32440    Doc 356    Filed 12/27/11    Entered 12/27/11 11:12:06    Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document       Page 19 of 22
Exhibit 9

| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9513 | Money Market Acct #: | 312025878068 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 8/17/2005 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/14/2006 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Case 05-32440   Doc 356   Filed 12/27/11   Entered 12/27/11 11:12:06   Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document     Page 20 of 22

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 05-32440-ERW | |
| **Case Name:** | LYNCH, MICHAEL W. | |
| **Primary Taxpayer ID #:** | *******9513 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/17/2005 | |
| **For Period Ending:** | 10/10/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Checking Acct #:** | 7117052440 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $284,807.62 | | $284,807.62 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $284,807.62 | $0.00 |
| | | | **TOTALS:** | | $284,807.62 | $284,807.62 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $284,807.62 | $284,807.62 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 8/17/2005 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $284,807.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $284,807.62 |

**For the entire history of the account between 06/25/2010 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $284,807.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $284,807.62 |

# FORM 2

Case 05-32440  Doc 356  Filed 12/27/11  Entered 12/27/11 11:12:06  Desc Main

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Document   Page 21 of 22

| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******9513 | Money Market Acct #: | 8117052440 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $815.26 | | $815.26 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.01 | | $815.27 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.03 | | $815.30 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.03 | | $815.33 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.03 | | $815.36 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.03 | | $815.39 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.03 | | $815.42 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.03 | | $815.45 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.03 | | $815.48 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.03 | | $815.51 |
| 03/02/2011 | (43) | Mario D'Agostino | Payment for purchase or judgment | 1249-000 | $5,000.00 | | $5,815.51 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.21 | | $5,815.72 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.24 | | $5,815.96 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.25 | | $5,816.21 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.22 | | $5,816.43 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $5,816.43 | $0.00 |
| | | **TOTALS:** | | | $5,816.43 | $5,816.43 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $815.26 | $5,816.43 | |
| | | **Subtotal** | | | $5,001.17 | $0.00 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $5,001.17 | $0.00 | |

| For the period of  8/17/2005 to 10/10/2011 | | For the entire history of the account between 06/25/2010 to 10/10/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,001.17 | Total Compensable Receipts: | $5,001.17 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,001.17 | Total Comp/Non Comp Receipts: | $5,001.17 |
| Total Internal/Transfer Receipts: | $815.26 | Total Internal/Transfer Receipts: | $815.26 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,816.43 | Total Internal/Transfer Disbursements: | $5,816.43 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 05-32440-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LYNCH, MICHAEL W. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | *******9513 | Money Market Acct #: | 8117052440 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 8/17/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/10/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $490,789.76 | $490,789.76 | $0.00 |

**For the period of 8/17/2005 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $490,789.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $490,789.76 |
| Total Internal/Transfer Receipts: | $581,246.93 |
| | |
| Total Compensable Disbursements: | $490,615.59 |
| Total Non-Compensable Disbursements: | $174.17 |
| Total Comp/Non Comp Disbursements: | $490,789.76 |
| Total Internal/Transfer Disbursements: | $581,246.93 |

**For the entire history of the case between 05/18/2006 to 10/10/2011**

| | |
|---|---|
| Total Compensable Receipts: | $490,789.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $490,789.76 |
| Total Internal/Transfer Receipts: | $581,246.93 |
| | |
| Total Compensable Disbursements: | $490,615.59 |
| Total Non-Compensable Disbursements: | $174.17 |
| Total Comp/Non Comp Disbursements: | $490,789.76 |
| Total Internal/Transfer Disbursements: | $581,246.93 |